| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Gulf States Transportation, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
72-1408619

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5210 Lapalco Blvd., Suite H<br>Marrero, LA 70072 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jefferson | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor  **Gulf States Transportation, LLC**        Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Jenny Rigney Whitted**   Relationship **Spouse**
District **Eastern**   When **2/21/17**   Case number, if known **19-11738**

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Gulf States Transportation, LLC**  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Gulf States Transportation, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 9, 2019**
MM / DD / YYYY

X **/s/ Thomas R. Whitted, Jr.**
Signature of authorized representative of debtor

**Thomas R. Whitted, Jr.**
Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Darryl T. Landwehr**
Signature of attorney for debtor

Date **December 9, 2019**
MM / DD / YYYY

**Darryl T. Landwehr 17677**
Printed name

**Landwehr Law Firm**
Firm name

**935 Gravier Street, Suite 835**
**New Orleans, LA 70112**
Number, Street, City, State & ZIP Code

Contact phone **504-561-8086**   Email address **dtlandwehr@att.net**

**17677 LA**
Bar number and State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

Fill in this information to identify the case:

Debtor name: **Gulf States Transportation, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Century Automotive Repairs<br>2139 Richey<br>Pasadena, TX 77502 | | | | | | $8,972.79 |
| DOTD<br>P. O. Box 786<br>Golden Meadow, LA 70357-0786 | | | | | | $0.00 |
| HCTRA - Violations<br>P. O. Box 4440 Dept. 8<br>Houston, TX 77210-4440 | | | | | | $700.00 |
| HCTRA EZ Tag<br>TX Tag<br>P. O. Box 650749<br>Dallas, TX 75265-0749 | | | | | | $29.50 |
| Home Bank<br>P. O. Box 81459<br>Lafayette, LA 70598-1459 | | Visa - Business card - Corp. Number XXXXXXXXXXXXXX0131 | | | | $21,658.54 |
| Jenny R. Whitted<br>5124 Warwick Dr.<br>Marrero, LA 70072 | | | Disputed | | | $0.00 |
| LWCC<br>2237 South Acadian Thruway<br>Baton Rouge, LA 70808 | | | | | | $13,958.00 |
| Primc Rate Premium<br>2141 Enterprise Drive<br>Florence, SC 29502 | | | | | | $17,310.12 |
| Refuel<br>1840 Jutland Drive<br>Harvey, LA 70058 | | | | | | $10,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **Gulf States Transportation, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roy's Auto Tech Transmission**<br>**6909 Fourth Street**<br>**Marrero, LA 70072** | | | | | | $15,000.00 |
| **Thomas R. Whitted, Jr.**<br>**1120 Olde Oaks Dr.**<br>**Westwego, LA 70094** | | **Money Mr. Whitted put into company to be able to pay employees for payroll.** | | | | $33,000.00 |
| **Thomas R. Whitted, Jr.**<br>**1120 Olde Oaks Dr.**<br>**Westwego, LA 70094** | | **Bi-weekly salary** | | | | $2,000.00 |

```
Ally Financial
P. O. Box 6543
Chicago, IL 60680


Ally Finiancial
P. O. Box 6543
Chicago, IL 60680


AllyFinanicail
P. O. Box 6543
Chicago, IL 60680


Bart's Financial
5392 Lapalco Blvd.
Marrero, LA 70072


Century Automotive Repairs
2139 Richey
Pasadena, TX 77502


Colvin Law Firm
230 Huey P. Long Ave.
Gretna, LA 70053


DOTD
P. O. Box 786
Golden Meadow, LA 70357-0786


HCTRA - Violations
P. O. Box 4440 Dept. 8
Houston, TX 77210-4440


HCTRA EZ Tag
TX Tag
P. O. Box 650749
Dallas, TX 75265-0749


Home Bank
P. O. Box 81459
Lafayette, LA 70598-1459


IRS
Deptment of Treasury
Internal Revenue Service
Ogden, UT 84201
```

Jenny R. Whitted
5124 Warwick Dr.
Marrero, LA 70072


Jenny R. Whitted
5124 Warwick Drive
Marrero, LA 70072


La Capital
2044 manhattan blvd
Harvey, LA 70058


Landwehr Law Firm
935 Gravier Street, Suite 835
New Orleans, LA 70112


Louisiana Department of Revenue
P. O. Box 201
Baton Rouge, LA 70821-0201


LWCC
2237 South Acadian Thruway
Baton Rouge, LA 70808


LWCC
P. O. Box 919142
Dallas, TX 75391-9142


New Orleans Portable Storage
P. O. Box 791003
Baltimore, MD 21279-7637


Paratech, LLC
P. O. Box 23608
New Orleans, LA 70183


Peoples Realty
2330 Park Place Drive
Gretna, LA 70056


Primc Rate Premium
2141 Enterprise Drive
Florence, SC 29502

Prime Rate Premium
P. O. Box 100507
Florence, SC 29502


Refuel
1840 Jutland Drive
Harvey, LA 70058


Ricky Hinijosa Midship Marine
1029 Destrelan Ave.
Harvey, LA 70058


Roy's Auto Tech Transmission
6909 Fourth Street
Marrero, LA 70072


Roy's Auto Tech Transmission
6831 Fourth Street
Marrero, LA 70072


Thomas R. Whitted, Jr.
1120 Olde Oaks Dr.
Westwego, LA 70094


Verizon Wirless
P. O. Box 489
Newark, NJ 07101-0489


William Charbonnier
2550 Belle Chasse Highway #215
Gretna, LA 70053


Your Storage Place
9330 Gulf Freeway TX
Houston, TX 77017

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Gulf States Transportation, LLC**      Case No.          
                              Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Gulf States Transportation, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Thomas R. Whitted, Jr.**
**1120 Olde Oaks Dr.**
**Westwego, LA 70094**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 9, 2019** | **/s/ Darryl T. Landwehr** |
| Date | **Darryl T. Landwehr 17677** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Gulf States Transportation, LLC** |
| | **Landwehr Law Firm** |
| | **935 Gravier Street, Suite 835** |
| | **New Orleans, LA 70112** |
| | **504-561-8086 Fax:504-561-8088** |
| | **dtlandwehr@att.net** |